# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12028-AMC

GLENN D DESANTIS

728 RENEL ROAD

PLYMOUTH MEETING, PA 19462

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GLENN D DESANTIS

  728 RENEL ROAD

  PLYMOUTH MEETING, PA 19462

Counsel for debtor(s), by electronic notice only.

  LURENT W METZLER
  74 EAST 2ND ST

  MOORESTOWN, NJ 08057

Date: 6/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee