**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GLENN D DESANTIS                                        Chapter 13

                        Debtor                        Bankruptcy No. 18-12028-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___17th___ day of ___July___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LURENT W METZLER
74 EAST 2ND ST

MOORESTOWN, NJ 08057


Debtor:
GLENN D DESANTIS

728 RENEL ROAD

PLYMOUTH MEETING, PA 19462