United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12028-amc
Glenn D DeSantis                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2           Date Rcvd: Jul 17, 2018
                              Form ID: pdf900           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db             +Glenn D DeSantis,    728 Renel Road,    Plymouth Meeting, PA 19462-2412
14080019       +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
14080021       +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14080022       +Chase,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14080023       +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
14080024       +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14080025       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14080026       +Cr Serv Of Or,    Po Box 1208,    Roseburg, OR 97470-0306
14080032      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,    National Bankrupcy Service Center,    Po Box 62180,
                 Colorado Springs, CO 80962)
14080028       +First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-4819
14080029       +First Data,    5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
14080031       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14080030       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14080033       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14117389       +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14080035       +PNC Mortgage,    3232 NEWMARK DRIVE,    Miamisburg, OH 45342-5433
14080034       +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14080038       +St Of Md-ccu,    300 W Preston St Ste 503,    Baltimore, MD 21201-2308
14080039       +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
14080040      #+Tsi/909,    Po Box 17205,    Wilmington, DE 19850-7205
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:58       City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:40
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
14086323       +E-mail/Text: bankruptcy@bbandt.com Jul 18 2018 02:16:26       BB&T,  Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14080020       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2018 02:15:46       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14080027       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 18 2018 02:15:35       Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14117825        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:15:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of OSI Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14080036        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:16:00
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
14080037        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:15:34
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14088211        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:33:28
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14116909       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:16:03
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14116350       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:15:49
                 PYOD, LLC its successors and assigns as assignee,    of Aman Collection Service, Inc.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14116908       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:15:49
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
14121828        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14114949       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2018 02:16:47       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Case 18-12028-amc    Doc 24    Filed 07/19/18    Entered 07/20/18 01:07:16    Desc Imaged
Certificate of Notice    Page 2 of 3

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Jul 17, 2018
                              Form ID: pdf900             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              LURENT W METZLER    on behalf of Debtor Glenn D DeSantis lwm@metzlerdesantis.com,
               r54078@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GLENN D DESANTIS                                  Chapter 13

                    Debtor            Bankruptcy No. 18-12028-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___17th___ day of ___July___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LURENT W METZLER
74 EAST 2ND ST

MOORESTOWN, NJ 08057


Debtor:
GLENN D DESANTIS

728 RENEL ROAD

PLYMOUTH MEETING, PA 19462